June 12, 2015

Ellaine Forester
Court Reporter
PMB No. 229
PO Box 3000
Georgetown, Texas 78627
(512) 863-3417
eforester@Outlook.com

FILED IN
COURT OF CRIMINAL APPEALS

JUN 15 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 15 2015

Abel Acosta, Clerk

Mr. John Brown
Chief Deputy Clerk
Court of Criminal Appeals
PO Box 12308, Capitol Station
Austin, Texas 78711

Re: AP-77,052, Cause No. 12-1237-K26, STEVEN ALAN THOMAS V STATE

Dear Sir,

I am requesting an extension of time for the Reporter's Record in the above styled cause, which is due June 16, 2015. I am currently working on this case, but am only roughly half way through it, not counting pretrial hearings. We also have a family emergency and will be out-of-state all of next week.

For the above reasons, I would request the due date for the Reporter's Record be set at August 17, 2015.

Thank you for your time and attention

Ellaine Forester
CSR No. 2516